# Exhibit A

Dawn Quaker
c/o Coalition for the Homeless
40 Ann Street
New York, NY 10038

November 9, 2020

T-Mobile, acq. by Sprint
12920 SE 38th Street
Bellevue, WA 98006

To Whom it May Concern:

Please know that I am including an image of a picture that was taken with my LG Android T-Mobile phone recently as can be viewed on my Twitter handle @ForMemoir. I have been informed by a 3rd party that I do not trust that my phone has been "tapped" since 2017 and that it's being compromised in this manner has to do with individuals who are alumni of my alma mater, Columbia University's School of General Studies, who may have been aware of my being abused while I was a student there by them and/or individuals they knew or may have been made aware by 2017 and/or following the year or date this was done to me.

I will be asking for $1B related to a settlement regarding this case as not only does what I described above need to be disclosed to myself and an attorney representing me with me present at the time of any conversations or disclosure of such information, but I need to know how and why my voicemails have been compromised and messages added or deleted in non-chronological order and why when checking my voicemail I was often connected with other phone lines, not my own voicemail, with an example to this being my trying to access my voicemail by pressing the number, 1, on my phone and instead of my voicemail being connected with the Dan Ryan NENA Community Health Center in New York City.

Additionally, I have been treated poorly and hate crimes and/or discriminatory comments made against me in many of your stores the past 1+ years and in 2019, I was not able to access a phone number and history for a phone and number assigned to me by T-Mobile from late June through early August when the phone was lost at a hostel in Manhattan's Morningside Heights neighborhood, which is very important as one of the calls was with a T-Mobile agent who purposely confused me and stated that they would be connecting me with Verizon and/or that they were a "Verizon" representative and would connect me with the appropriate individual and the person I was connected with said that their name was, "Angel," which actually is a reference that was used while I was on the phone with them to harm me due to an overarching event that includes a conspiracy to harm and/or kill myself and other people I know, knew, love, and work with, and derail both, my sobriety and my ability to convert to Judaism, as well as my businesses and goals with respect to relationships and having a family.

This event has harmed both, my parents and my brother, Shane Quaker, and his wife, Emily Quaker's family, which includes 3 children, so I would like to know why in April or May of 2019 when I was texting Shane to see if he and his family would like to invest via a platform called WeFunder with me, so that we could get to know one another better while I resolved how I felt about some family issues the phone went off when it was at 11% battery and should not have. This is important because the 8 of us have been victims of abuse and oppression for many years at this point, and in August of 2019 and even this past June, 2020, other parties were said to be responsible for my even being able to hear and/or hear about my brother who is 2 years younger than I am and very important to me as due to this event and our respective lives and goals we have not yet had a chance to get to know one another as adults as the abuse of me began in this way in late 2011.

Please have your General Counsel or attorney(s) contact me via email or phone at dawnquakerlegal@protonmail.com and/or 646-945-0728 as soon as possible, so that this suit can be settled as soon as possible. I am being abused and discriminated against at the Southern District Court of New York where this case has been considered and filed, so the civil action if heard in a Court would have been be heard in another venue as I do not feel it best to have a case heard in a Court one cannot currently be comfortable in for legal, health, and safety or business reasons, and please know that I am also amenable to mediation in person or over video conference.

Regards,
Dawn Quaker

----------
*Dawn Quaker*

*Phone: 646-945-0728*
*Linkedin: https://www.linkedin.com/in/dawn-quaker-04b0b51b3/*
*Pronouns: she/her*
*Twitter: @ForMemoir*

*In March of 2019, I decided to lobby for Universal Advocacy Rights in the Mental Health System and ask that you please feel free to email me directly should you have questions regarding why this subject and actions regarding this issue are so important to me.*

*Founder, New City, LLC - founded June 2019, legal entity formed July 2020*
*-- medical clinics and research facilities based on Earth and outside Earth's atmosphere*
*-- plans include breaking ground in 2026; address current legal issues and relaunch in 2022*

*Founder, New Edge Media LLC - founded 2018, legal entity formed May 2020*
*-- media company*
*-- tagline, which has not yet been purchased or trademarked, "where media meets people"*
*-- first newsletter that was delayed in May of 2020 was entitled, "Our First Hello," and will be when launched in the future*

*Founder, AUKERA Ventures LLC - founded 2014 under working title, EduNext, legal entity formed June 2016*
*-- education program and platform designed specifically for individuals who are underrepresented that will be applicable to all in time*
*-- focus areas include: entrepreneurial education and motivation as a mechanism for mastery in learning*

*Founder, Höm, founded May 2020, working name, legal entity not yet formed*
*-- medical device and environmental security company*

*Founder, The Harlem Roundtables, founded April 2019, legal entity not yet formed*

*Founder, Arts Cross Borders, founded in the late Winter, Spring of 2018, legal entity not yet formed*

*Product, "Bias Breaker" - exercise/idea of mine as of February 2019 - now, part of the Harlem Roundtables, direct applications for any of the other entities not mentioned*

*Columbia University, Bachelor of Arts in Psychology, Class of 2015*
*Columbia Venture Community, Newsletter/Marketing, Vanguard, 2015-2016*
*Columbia Venture Community, East Coast President, Global Board, 2016-2018*

100763/2020 SUMMONS & VERIFIED COMPLAINT

Page 1 of

**[Print in black ink all areas in bold letters. This summons must be served with a complaint.]**
**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF NEW YORK**

----------------------------------------------------------------x

Dawn Qualee

**[your name(s)]**                          **Plaintiff(s),**

- against-

I-Mobile

**[name of defendant(s)]**          **Defendant(s)**

----------------------------------------------------------------x

**SUMMONS**

**Index Number**

160763/2020

**Date index number issued**

**To the Person(s) Named as Defendant(s) above:**

   **PLEASE TAKE NOTICE THAT YOU ARE SUMMONED** to answer the complaint of the plaintiff(s) herein and to serve a copy of your answer on the plaintiff(s) at the address indicated below within 20 days after service of this Summons (not counting the day of service itself), or within 30 days after service is complete if the Summons is not delivered personally to you within the State of New York.

   **YOU ARE HEREBY NOTIFIED THAT** should you fail to answer, a judgment will be entered against you by default for the relief demanded in the complaint.

August 31, 2020

**Date of summons**

**[sign your name]**

Dawn Qualee

**[print your name]**

40 Ann Street

**[your address and tel. number]**

NY, NY 10038

646-945-0728

I-Mobile

**[name and address of defendant(s)]**

12920 SE 38th Street Street

Bellevue, WA 98006

**Venue:** Plaintiff designates New York County as the place of trial The basis of this designation is:
☐ Plaintiff's residence in New York County
☐ Defendant's residence in New York County
☐ Other [See CPLR Article 5]

100750/2020 SU...IONS & VERIFIED COMPL...

[Print in black ink all areas in bold letters.]
SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

_____x

COMPLAINT

Dawn Ocansa
[your name(s)]          Plaintiff(s),          Index Number _____

- against -

T-Mobile

[name of defendant(s)]          Defendant(s)
_____x

TO THE SUPREME COURT OF THE STATE OF NEW YORK

The complaint of the plaintiff, Dawn Ocansa [your name]
respectfully shows and alleges as follows: [number each paragraph]

1. Over the several years I have had 3 T-Mobile numbers and one that I had between late June 2019 and July 2019 was said not to be listed in T-Mobile's "system" by one of your in-store representatives in NYC late. the last Summer 2019,

This is important because I am an ongoing victim of abuse and a conspiracy and my relatives, including my brother his wife and their 3 children and my parents are being exploited and abused as a consequence of this.

The parties involved in harming me are said by other people or entities, namely "Culture", abroad me to have tapped in phones in 2015 or 2017 "legally" and be affiliated with Colombia's School of General Studies where I was a student between 2006 and 2015 and since as an alumni and former staff member and volunteer and Global Board member of Colombia's Venture Community. Issues to note of concern include, but are not limited to

privacy and human rights violation, my battery turning off or not turning on at times when my phone and communicator with another person could lose keep myself or my brother's family as well as my parents. These I have about and/or have worked with and their families and friends safe and my relations with and 4 or brother's and their families — an event to note ... my brother in April on May 2018 where I asked if he and his family would like to invest in We founder with me, namely the

Dated: Agust 31, 2020

companies listed on the platform as a way for he and I to get to know one another whilst I took time to establish or re-establish myself professionally and address what had happened between ...

us in 2018 [your telephone number]

my images being for use given or covered in terms of their shape and pay the site of any etc. claiming in August 2020. Additionally in August 2020, my phone would not turn on one day forcing me to purchase a new phone and plan when I had no money and needed to be able to access pictures on the phone for legal reasons or to aid in my hopes to end my abuse. My voicemail ... calls also ... over the past 1.5-2 years have become crossed with other phone numbers including the ... Dan Ryan Community Health Center when I check my voicemail and Verizon when I contacted T-Mobile customer service in July 2019.

[sign your name]

[print your name]
40 Ann Street
[your address]
New York, NY 10038

646-945-0728
[your telephone number]

VERIFICATION

STATE OF NEW YORK )
COUNTY OF NEW YORK )

[your name], being duly sworn,

deposes and says that: I am the petitioner/plaintiff in this action or proceeding. I have read the foregoing papers and know the contents thereof; the complaint/petition is true to my own knowledge, except as to matters stated to be alleged on information and belief, and as to those matter I believe it to be true.

Sworn to before me on this 31 day of

Oct, 2020

Benjamin Steinberg
Notary Public

Plaintiff/Petitioner [sign here in front of notary]

[print name]

Benjamin Steinberg
Notary Public, State of New York
No. 02ST6042665
Qualified in Bronx County
Commission Expires May 30, 20__