UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAWN QUAKER,<br><br>    Plaintiff,<br><br>v.<br><br>T-MOBILE,<br><br>    Defendant. | Case No.<br><br><br>**CERTIFICATION OF SERVICE** |

Loly G. Tor, certifies under penalty of perjury that:

1.     I am over the age of eighteen years, not a party to this action, and partner with the firm of K&L Gates LLP, attorneys for Defendant T-Mobile.

2.     On the 8th day of December 2020, I caused a copy of the following documents: (1) Notice of Removal to the United States District Court for the Southern District of New York, with exhibits thereto; (2) Civil Cover Sheet; (3) and Rule 7.1 Statement, to be served on the following by Federal Express, First Class Mail, and email:

>     Dawn Quaker
>     C/O Coalition for the Homeless
>     40 Ann Street
>     New York, NY 10038
>     dawnquakerlegal@protonmail.com
>     *Plaintiff appearing pro se*

3.     I certify under penalty of perjury that the foregoing is true and correct.

Dated: December 8, 2020
       Newark, New Jersey                                    s/     Loly G. Tor
                                                                    Loly G. Tor

308355649.1