```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:  4-7-21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAWN QUAKER,

                Plaintiff,

v.

T-MOBILE,

                Defendants.

20-CV-10333 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Plaintiff brings this action *pro se*. Dkt. 1. On March 12, 2021, Plaintiff filed a letter requesting, *inter alia*, a court-ordered attorney to represent her in this action. Dkt. 10. In an order dated March 16, 2021, the Court concluded that it was "too early . . . to assess the merits of Plaintiff's case and as a result, her request for the appointment of counsel [wa]s denied without prejudice to renewal at a later date if additional grounds for the application are presented to the Court." Dkt. 11. On March 31, Plaintiff filed a subsequent application for the appointment of counsel. Dkt. 13. This request is denied for the reasons previously stated in the Court's March 16 order. *See* Dkt. 11. As with Plaintiff's prior application, the request is denied without prejudice to renewal at a later stage of the case.

    The Court would also like to remind Ms. Quaker that free legal assistance may be available to her through the New York Legal Assistance Group ("NYLAG"), which is an independent free legal clinic. Ms. Quaker can reach NYLAG by calling (212) 613-500 or emailing info@nylag.org.

    The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated:    April 7, 2021
           New York, New York

                                              RONNIE ABRAMS
                                              United States District Judge