USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 5-17-21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAWN QUAKER,

                            Plaintiff,

                    v.

T-MOBILE,

                            Defendant.

20-CV-10333 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On December 23, 2020, the Court granted Defendant's motion for a more definite statement and ordered Plaintiff to file an amended complaint "that states clearly which acts by T-Mobile caused her harm, and explains the legal grounds on which she seeks relief from that harm." Dkt. 9. On March 16, 2021, the Court extended Plaintiff's time to file her amended complaint until April 16, 2021. Dkt. 11. On May 6, 2021, the Court issued an order extending Plaintiff's time to file her amended complaint until May 16, 2021. Dkt. 15. In its May 6 Order, the Court warned Plaintiff that if she did not file her amended complaint by May 16, 2021, it would adjourn the initial pre-trial conference and dismiss this action without prejudice.

To date, Plaintiff has failed to file an amended complaint. The Court thus dismisses this action without prejudice.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff and to close this case.

SO ORDERED.

Dated:    May 17, 2021
          New York, New York

                                        _____
                                        RONNIE ABRAMS
                                        United States District Judge